UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  08-22539-CIV-MORENO/WHITE

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

~~Court of Habeas Corpus~~ Southern District of Florida
MAGistrate Judge Patrick A White Office of the Clerk 8N09

08-22539-CIV-MORENO/WHITE

Grenard Pratt D.O.C. # 858386
(Enter your full Name and PRISONER Number)
Plaintiff

FILED by IG D.C.
ELECTRONIC
Sept 12, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No.
(Clerk of Court must assign a Case Number)

vs.

Florida Parole Commission
(Enter full Name(s) of all Defendant(s))

State of Florida    Defendant(s)

cat/div 1983 Dade Co.
Case # 08CV22539
Judge FAM  Mag PAW
Motn Ifp NO  Fee pd $ 0
Receipt # _____

Title of your Pleadings

The body of your pleading should state the Nature of your Request and what you want the Court to do.

Grenard Pratt D.O.C. # 858386
(Signature and PRISONER Number)

Because I am Mentally Ill I Need help and better Medical Attention than what Florida D.O.C. has offered. I neither do I have any legal assistance in this issue Can you please grant me a hearing for a review of case and Current Mental Health I seek help immeadiatly.

Lake Correctional Institution
(mailing adress)
19225 US. Highway # 27

Clermont Florida 34715
(City, State, and Zip Code)

Grenard Pratt
(your Signature)

Certificate of Service  I would like you to reward me ($29,000,000.00)

If no remedy is sought I will seek higher Courts, because I am being refused Mental Health care. and getting Paroled.

1 of 2

①

I would like for you all to help me get my Parole, because my Rights have been denied more than once. I wasn't allowed to speak. I would like to prove that I did not commit these crimes. I am Mentally Ill and need proper Medical Treatment

_____
Signature of Attorney (if any)

Sept 1- 2008 _____ (date)   Grenard Pratt
                              (Signature of Prisoner)
GRENARD PRATT D.C. # 858386   H # 2203-B
LAKE Correctional Institution
19225 U.S. HWY # 27
Clermont, FL. 34715

Sept-7-2008
(Date)                        Grenard Pratt
                              (Signature of Prisoner)

Set forth additional grounds, if any on seperate sheets of paper

What Relief do you seek from this Court if your § 2254 petition is granted

I declare (or certify, verify, or state) under perjury or penalty that the foregoing is true and correct

              If mailed By Prisoner

I declare or state under penalty of perjury that this petition was (check one) (1) delivered to prison officials for mailing, or ☒ desposited in the prison's internal mail system: ① 9/7/08 _____ date

2 of 2