UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22539-CIV-MORENO
MAGISTRATE JUDGE P.A. WHITE

GRENARD PRATT, :

    Plaintiff, :

v. : REPORT RE TRANSFER
                                          TO CORRECT VENUE
FLORIDA PAROLE COMMISSION, :

    Defendant(s). :
_____

Grenard Pratt, a state prisoner, has filed a pro se civil rights complaint alleging claims which arose out of conditions or events at Lake Correctional Institution, an institution located in Lake County, in the Middle District of Florida. Pratt claims that he is mentally ill and has not received medical attention. He seeks twenty nine million dollars as relief.

The appropriate venue provision in this case is 28 U.S.C. §1391(b). Clark v. Harp, 737 F.Supp. 676 (D. D.C. 1990); Harley v. Oliver, 400 F.Supp. 105 (W.D. Ark. 1975). That section provides in relevant part that a case not based on diversity of citizenship should be brought in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated.

This case has no connection with the Southern District of Florida, and it is therefore recommended that the Clerk be directed to transfer it to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. §1406(a).[1]

Dated this 28th day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Lucy Lara, Court Assignments Clerk

    Grenard Pratt, Pro Se
    DC#858386
    Lake CI
    Clermont, FL
    Address of record

---

[1] Due to clerical error although this report was done in September, 2008, it was never docketed.