UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-22539-CIV-MORENO

GRENARD PRATT,

    Plaintiff,

vs.

FLORIDA PAROLE COMMISSION,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND TRANSFERRING CASE TO MIDDLE DISTRICT OF FLORIDA

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's case. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 3)** on **October 28, 2009**. The Court has reviewed the entire file and record and notes that no objections have been filed as of the date of this Order. The Court has made a *de novo* review of the issues, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 3)** on is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    The Clerk of Court is directed to transfer the case to the Middle District of Florida.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of November, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record